**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6769**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN DOE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, Chief District Judge.  (7:01-cr-00027-BO-1)

Submitted:  June 29, 2020                          Decided:  August 4, 2020

Before KING, AGEE, and HARRIS, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

John Doe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe appeals the district court's order denying his motion to seal. While this appeal was pending, we set forth the relevant standard to apply and the interests to consider when addressing motions such as Doe's. *See United States v. Doe*, 962 F.3d 139, 145-53 (4th Cir. 2020). The district court did not have the benefit of our decision in *Doe* when ruling on Doe's motion. Accordingly, we vacate the district court's order and remand for reconsideration in light of *Doe*. We deny Doe's motions to seal the courtroom, to hold oral argument, and to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*